UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
NYU LANGONE HOSPITALS,

                Plaintiff,

  -against-

GLOBAL MEDICAL MANAGEMENT, INC.,

                Defendant.
----------------------------------------------------------------- X

Civil No.: 1:23-cv-3383

**NOTICE OF REMOVAL**

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

PLEASE TAKE NOTICE that defendant, GLOBAL MEDICAL MANAGEMENT, INC., by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully submits its Notice of Removal of this action from the Supreme Court of New York, County of New York, in which this action is pending, to the United States District Court for the Southern District of New York, being the district embracing the place where the action is pending. In support of its Notice of Removal, defendant states as follows:

1. On or about March 15, 2023, plaintiff filed a lawsuit in the Supreme Court of New York, County of New York, under Index No. 651333/2023. A true and complete copy of plaintiff's Summons and Complaint is attached hereto and made a part hereof as **Exhibit "A"**.

2. Plaintiff's Summons and Complaint was personally served on an employee of GLOBAL MEDICAL MANAGEMENT, INC., at 1201 Hays Street, Tallahassee, Florida 32301 on March 24, 2023. Attached hereto as **Exhibit "B"** is said Affidavit of Service on GLOBAL MEDICAL MANAGEMENT, INC. filed by plaintiff's counsel in State Court.

3. Defendant GLOBAL MEDICAL MANAGEMENT, INC. is a foreign business corporation incorporated in the State of Florida.

4. Defendant GLOBAL MEDICAL MANAGEMENT, INC.'s principal place of business is located at 880 SW 145th Avenue, Pembroke Pines, Florida 33027.

5. Defendant GLOBAL MEDICAL MANAGEMENT, INC. was, at the time of the commencement of the original action in State Court, a foreign business corporation organized under the laws of the State of Florida and had its principal place of business in Florida.

6. Defendant GLOBAL MEDICAL MANAGEMENT, INC. is, at the time removal is sought from State Court to Federal Court, a foreign business corporation organized under the laws of the State of Florida and has its principal place of business in Florida.

7. Plaintiff, NYU LANGONE HOSPITALS, was, at the time of filing of the commencement of the original action in State Court, a domestic corporation organized under the laws of the State of New York and had its principal place of business in New York. See **Exhibit "A"**, ¶ 1.

8. Plaintiff, NYU LANGONE HOSPITALS, is, at the time removal is sought from State Court to Federal Court, a domestic corporation organized under the laws of the State of New York and has its principal place of business in New York.

9. This Notice of Removal is timely filed in that the Notice of Removal was filed within thirty (30) days of the defendant GLOBAL MEDICAL MANAGEMENT, INC. first receiving a copy of plaintiff's Summons and Complaint. 28 U.S.C. § 1446(b).

10. Defendant, GLOBAL MEDICAL MANAGEMENT, INC. consents to removal pursuant to 28 U.S.C. § 1446(b)(2)(C).

11. A copy of this Notice of Removal will be filed with the Clerk of the Supreme Court of New York, County of New York, and served on all parties as required by 28 U.S.C. § 1446(d).

12. This Court has original jurisdiction over this action because there is complete diversity between the parties under 28 U.S.C. § 1332(a), and this action is removable to this Court pursuant to 28 U.S.C. § 1441(a)-(b).

13. In its Complaint, plaintiff NYU LANGONE HOSPITALS seeks judgment for payment of hospital services it rendered to an insured of defendant GLOBAL MEDICAL MANAGEMENT, INC. from July 12, 2022 through July 17, 2022.

14. There is complete diversity of citizenship between the plaintiff and the defendant in this action because the plaintiff alleges that it is a New York domestic corporation and, thus, a citizen of the State of New York at the time of the commencement of the action in State Court and at the time removal is sought from State Court to Federal Court. See **Exhibit "A"**, ¶ 1.

14. Moreover, Defendant GLOBAL MEDICAL MANAGEMENT, INC. is a citizen of the State of Florida where it is incorporated and where it has its principal place of business at the time of the commencement of the action in State Court and at the time removal is sought from State Court to Federal Court.

15. Furthermore, plaintiff's amount in controversy exceeds the $75,000 threshold exclusive of interests and costs. In its Complaint, plaintiff alleges it is owed $148,976.34 for hospital services it rendered to an insured of defendant GLOBAL MEDICAL MANAGEMENT,

INC. Accordingly, there exists original jurisdiction in the District Court of the United States as provided in 28 U.S.C. § 1332. No party to the action will be prejudiced by removing this action.

16. Concurrent with the filing of service and Notice of Removal, defendant is serving the Notice of Removal upon the plaintiff's attorney and filing a copy of the Notice of Removal with the Clerk of the Court for the Supreme Court of the State of New York, County of New York.

17. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE**, defendant GLOBAL MEDICAL MANAGEMENT, INC. respectfully requests that this action be removed from the Supreme Court of New York, New York County to the United States District Court, Southern District of New York pursuant to 28 U.S.C. § 1441, and that this Court assume jurisdiction of this action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial.

Dated: Harrison, New York
April 21, 2023

Respectfully Submitted,

GORDON REES SCULLY & MANSUKHANI LLP

By:

/s/ *Jason C. Scott*

Jason Scott, Esq. (JS4710)
Attorneys for Defendant
GLOBAL MEDICAL
MANAGEMENT, INC.
500 Mamaroneck Ave, Suite 503
Harrison, NY  10528
T: (914) 777-2235
File No.: GMMI-1305433

TO:    Andrew Longo, Esq.
        WILLIAM A. HECHT, P.C.
        Attorney for Plaintiff
        84 Business Park Drive, Suite 110
        Armonk, New York 10504
        T: (914) 946-0647