UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NYU LANGONE HOSPITALS,

                              Plaintiff,

-against-

GLOBAL MEDICAL MANAGEMENT, INC.,

                              Defendant.
------------------------------------------------------------X

Civil Action No.: 1:23-cv-03383

**ORDER AND STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein for Plaintiff, NYU LANGONE HOSPITALS, and Defendant, GLOBAL MEDICAL MANAGEMENT, INC., that the above-captioned action, including all claims, cross-claims and counterclaims, are hereby discontinued with prejudice and without costs, attorney fees or disbursements and expenses to either party. This Stipulation may be filed without further notice to the Clerk of the Court to be "So Ordered" and may be executed in counterparts by facsimile or electronic mail, which when so executed and delivered shall be deemed the same as an original.

Dated: June 1, 2023

By: _____
Andrew Longo, Esq.
WILLIAM A. HECHT, P.C.
84 Business Park Drive, Suite 110
Armonk, New York 10504
T: (914) 946-0647
*Attorneys for Plaintiff*

By: /s/ *Jason C. Scott*
Jason Scott, Esq. (JS4710)
GORDON & REES SCULLY MANSUKHANI
500 Mamaroneck Ave, Suite 503
Harrison, NY 10528
T: (914) 777-2235
*Attorneys for Defendant*

**SO ORDERED:**

_____
**United States District Court Judge**